

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-25-00205-CR

---

EX PARTE DAVID NAVA BANUELOS

---

On Appeal from the 8th District Court
Hopkins County, Texas
Trial Court No. 2530689

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

# MEMORANDUM OPINION

Appellant David Nava Banuelos is currently confined in the Jester III Unit of the Texas Department of Criminal Justice — Correctional Institutions Division.  On November 13, 2025, Banuelos filed an application for a writ of habeas corpus pursuant to Article 11.25 of the Texas Code of Criminal Procedure.  *See* TEX. CODE CRIM. PROC. ANN. art. 11.25 (Supp.).  On December 2, 2025, the trial court denied Banuelos's application.  On December 29, 2025, Banuelos appealed the trial court's denial.  After reviewing his application and the record in this matter, we find that Banuelos's appeal should be dismissed.

Accordingly, this appeal is dismissed.


Charles van Cleef
Justice

Date Submitted:     February 20, 2026
Date Decided:     February 23, 2026

Do Not Publish